# United States District Court
## Southern District of Texas
### Holding Session in Corpus Christi

United States of America
v.
**ORAN EUGENE NASH**

CASE NUMBER: 2:05CR00396-001
USM NUMBER: 49705-179

Date of Previous Judgment: January 17, 2007
(Use Date of Last Amended Judgment if Applicable)

Fred Jimenez
Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 55 months **is reduced to** time served. (02/28/05 to 03/04/08)

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: 27
Criminal History Category: IV
Previous Guideline Range: 100 to 125 months

Amended Offense Level: 25
Criminal History Category: IV
Amended Guideline Range: 84 to 105 months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

☐ See Additional Comments Continued Sheet

Except as provided above, all provisions of the judgment dated January 17, 2007 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 4, 2008

Signature of Judge

**JANIS GRAHAM JACK**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

Effective Date: _____
(if different from order date)

MJ | CAV/rm